No. 39755.—Protest 920967–G of Mitsui & Co. (New York).

Opinion by CLINE, J.   It was stipulated that the marking was identical with that the subject of Abstract 37822.   The protest was therefore sustained.